UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 08-1010-JST (SSx)          Date: February 17, 2011
Title: Vicki Huff, et al. v. Liberty League International, LLC et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

   Nancy Boehme                                    N/A
    Deputy Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                     Not Present

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER VACATING SCHEDULING CONFERENCE AND ORDERING PARTIES TO SHOW CAUSE AS TO WHY THIS MATTER SHOULD NOT BE STAYED**

       In light of the parties' recently submitted Joint Status Report (Doc. 100) and the fact that this matter is currently in arbitration, the Court vacates the Scheduling Conference scheduled for February 28, 2011, and orders the parties to show cause as to why this matter should not be stayed pending arbitration. Parties are to submit a response to the OSC by no later than **February 25, 2011 at 3:00 p.m**. If the Court does not receive a response by then, it will stay and administratively close the case.

                                                                    Initials of Preparer: nkb